IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| BRYAN R. HILL, | ) | |
|---|---|---|
| | ) | Case No. 3:12-cv-00003-TMB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING STIPULATION** |
| | ) | **TO DISMISS WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that all claims asserted or that could have been asserted by Plaintiff in this action are dismissed with prejudice, with each side to bear its own costs and attorney's fees.

January 15, 2013     /s/ Timothy M. Burgess
Date                            TIMOTHY M. BURGESS
                                U. S. DISTRICT COURT JUDGE